U.S.

v.

Frank A. DELLACAMERA III

No. 17-0511/MC

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 201600230

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

Robier RAMON

No. 17-0516/AR

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 20150564

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

Brandon M. HARDEE

No. 17-0443/AF

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA S32360

DAILY JOURNAL

Petitions for Grant of Review—
Summary Dispositions

On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, we note that in affirming the sentence, the Court of Criminal Appeals stated that Appellant's approved sentence included a "forfeiture of $1301.00 pay per month for six months," when in fact the sentence included a forfeiture of $1031.00 pay per month for six months. Accordingly, it is ordered that said petition is hereby granted and the decision of the United States Air Force Court of Criminal Appeals is affirmed as to findings and to only so much of the sentence as provides for confinement for six months, forfeiture of $1031.00 pay per month for six months, reduction to E-1, and a bad-conduct discharge.

U.S.

v.

Benjamin D. LUNA

No. 17-0495/MC

U.S. Court of Appeals for
the Armed Forces.

August 31, 2017

CCA 201500423

DAILY JOURNAL

Orders Granting Petition for Review

On consideration of the petition for grant of review of the decision of the United States